**UNITED STATES DISTRICT COURT**

The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHADEO SINGH,

                                     Plaintiffs,                **ORDER**

          -against-                                    22 Civ. 5619 (JCM)

ALL SAFE FIRE SPRINKLER SYSTEMS, INC.,

                                     Defendant.
------------------------------------------------------------X

On November 17, 2022, the parties in the above-captioned matter notified the Court that they had reached a settlement of this action. (Docket No. 13). Thereafter, the parties consented to the undersigned. (Docket No. 16). Accordingly, the parties are directed to submit their proposed settlement agreement, a *Cheeks* motion in support of such agreement, and Plaintiff's counsel's contemporaneous time records to the Court by January 6, 2023.

Dated:  December 15, 2022
           White Plains, New York

                                                           **SO ORDERED:**

                                                            JUDITH C. McCARTHY
                                                            United States Magistrate Judge